Tyson E. Hafen (SBN 13139)
**DUANE MORRIS LLP**
100 N. City Parkway, Suite 1560
Las Vegas, NV 89106
T: 702.868.2600; F: 702.385.6862
Email: tehafen@duanemorris.com

Ryan E. Borneman (*Pro Hac Vice Pending*)
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103
T: 215.979.1000
Email: reborneman@duanemorris.com

Attorneys for Plaintiff *Dancore LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DANCORE LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID ZIKA, an individual,<br><br>Defendant. | Case No.: 2:18-cv-01136-GMN-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO REMAND ACTION TO STATE COURT** |

DANCORE LLC ("***Plaintiff***"), by and through its attorneys, DUANE MORRIS LLP, and Defendant DAVID ZIKA ("***Defendant***") by and through his attorneys, GREENBERG TRAURIG, LLP (collectively, "***the Parties***"), subject to the Court's approval, hereby state and stipulate as follows:

WHEREAS, on March 9, 2018, Plaintiff filed an action, entitled "DANCORE LLC, a Nevada limited liability company v. DAVID ZIKA, an individual," case no.: A-18-770809-C, in the Eighth Judicial District Court, Clark County, Nevada;

WHEREAS, Defendant was served with the complaint on May 24, 2018;

WHEREAS, on June 25, 2018, Defendant filed in this Court a notice of removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 (ECF No. 1), to effect the removal of the above-captioned action

from the Eighth Judicial District Court, Clark County, Nevada, to this Court, and on June 25, 2018 Defendant also filed a notice of removal in the Eighth Judicial District Court, Clark County, Nevada;

WHEREAS, on July 9, 2018, Defendant filed in this Court a motion to dismiss (ECF No. 4);

WHEREAS, on July 13, 2018, Plaintiff filed in this Court a motion to remand (ECF No. 6);

WHEREAS, the Parties have met and conferred and agree that in light of the facts outlined in Plaintiff's motion to remand, this action should be immediately remanded to the Eighth Judicial District Court, Clark County, Nevada, with each party to bear their own fees and costs in connection with the removal and remand;

NOW, THEREFORE, IT IS HEREBY STIPULATED, subject to the Court's approval, and for good cause shown, that this action, U.S. District Court, District of Nevada, case no.: 2:18-cv-01136, shall be remanded to the Eighth Judicial District Court, Clark County, Nevada;

FURTHERMORE, all motions currently pending before this Court (including Defendant's motion to dismiss and Plaintiff's motion to remand) shall be rendered moot, and all pending deadlines and hearings in this action shall be taken off the Court's calendar

IT IS SO STIPULATED.

**DUANE MORRIS LLP**

By: /s/ *Tyson E. Hafen*
Tyson E. Hafen (SBN 13139)
Ryan E. Borneman (*Pro Hac Vice Pending*)

Attorneys for Plaintiff *Dancore LLC*

**GREENBURG TRAURIG, LLP**

By: /s/ *Jason Hicks*
Mark E. Ferrario (SBN 1625)
Jacob Bundick (SBN 9772)
Jason Hicks (SBN 13149)

Attorneys for Defendant *David Zika*

## ORDER

IT IS SO ORDERED

DATED this __24__ day of July, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT